\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**DEBORAH L. CLINE,**

    **Plaintiff,**

vs.                  **Civil Action 2:10-CV-794**
                                       **Judge Marbley**
                                       **Magistrate Judge**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 6, 2011 Opinion and Order, plaintiff's *Objections* are without merit and they are therefore **DENIED**. The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner is **AFFIRMED**. This action is hereby **DISMISSED**. **FINAL JUDGMENT** is entered pursuant to Sentence 4 of 42 U.S.C. §405(g).

Date: **September 6, 2011**                 **James Bonini, Clerk**

                                                              s/Betty L. Clark
                                                           **Betty L. Clark/Deputy Clerk**